IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) Case No.: 3:25-cr-138 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **MOTION TO CONTINUE CHANGE** |
| | ) **OF PLEA** |
| Austin Michael Muck, a/k/a A-Town, | ) |
| | ) |
| Defendant. | ) |

**COMES NOW**, the Defendant, Austin Michael Muck (Mr. Muck), by and through his counsel, Adam Justinger, and hereby moves the Court for its Order to continue the Change of Plea Hearing scheduled for July 25, 2025 at 10:00 a.m, in the above-entitled matter.

As grounds, Defendant states:

1. Defendant's Attorney and Defendant would like additional time to prepare for the hearings.

2. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.

3. The Government, through Assistant United States Attorney Matthew Kopp, does not object to this motion.

**WHEREFORE**, Defendant, Austin Michael Muck, requests that the Court continue the Change of Plea Hearing currently scheduled for July 25, 2025 at 10:00 a.m. Mr. Muck respectfully requests that the new date be set for **Monday, July 28, 2025**. Counsel for Mr. Muck is available at any time on Monday, July 28, 2025.

Dated this 24th day of June, 2025.

    /s/ Adam Justinger
Adam Justinger (ND ID #08635)
SW&L Attorneys
4627 44th Avenue South, Suite 108
Fargo, North Dakota 58104
Telephone: (701) 297-2890
Fax: (701) 297-2896
adam.justinger@swlattorneys.com
ATTORNEYS FOR DEFENDANT